Bluefly Acquisition, LLC
Case No. 19-10207 (CSS)

Exhibit A

| Check Number | Check Date | Name | Amount | Clear Date |
|---|---|---|---|---|
| 930929 | 11/16/2018 | GOOGLE | $98,479.23 | |
| | | | **Total $98,479.23** | |